**O. S. VAUGHN, Appellant, v. STATE of Texas, Appellee.**

No. 22502.

Court of Criminal Appeals of Texas.

March 17, 1943.

Eugene Talbert, of Tyler, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon his plea of guilty and waiver of trial by jury, appellant was convicted of theft, and his punishment assessed at three years' confinement in the penitentiary.

Appellant has filed proper application, duly verified, asking that his appeal be withdrawn, which request is granted and the appeal dismissed.

**O. S. VAUGHN, Appellant, v. STATE of TEXAS, Appellee.**

No. 22503.

Court of Criminal Appeals of Texas.

March 17, 1943.

Eugene Talbert, of Tyler, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon his plea of guilty before the court appellant was convicted of theft of property of more than the value of $50.00, and his punishment assessed at three years' confinement in the State Penitentiary.

He has filed a proper application, duly verified, asking that the appeal be withdrawn, which request is granted and the appeal ordered dismissed.

**O. S. VAUGHN, Appellant, v. STATE of Texas, Appellee.**

No. 22504.

Court of Criminal Appeals of Texas.

March 17, 1943.

Eugene Talbert, of Tyler, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

On a plea of guilty before the court appellant was convicted of felony theft and his punishment assessed at three years' confinement in the penitentiary.

Since his appeal was perfected, appellant has filed his application, duly verified, asking the privilege of withdrawing the same. The request is granted and the appeal ordered dismissed.